## 22928.   PINKSTON v. THE STATE.

BROYLES, C. J.   The defendant was convicted of larceny from the house upon circumstantial evidence which did not exclude every reasonable hypothesis save that of his guilt.   It follows that the verdict was unauthorized and that the court erred in refusing to grant a, new trial.

*Judgment reversed.   MacIntyre and Guerry, JJ., concur.*

DECIDED MARCH 24, 1933.

*Claxton & Claxton,* for plaintiff in error.

*J. Roy Rowland, solicitor, E. L. Rowland,* contra.